Karl E. MILLER, Jr., Claimant–Appellant,

v.

Gordon H. MANSFIELD, Acting Secretary of Veterans Affairs, Respondent–Appellee.

No. 2007–7211.

United States Court of Appeals, Federal Circuit.

Oct. 30, 2007.

*ORDER*

Upon consideration of Karl E. Miller, Jr.'s unopposed motion to lift the stay of proceedings and dismiss his appeal,

IT IS ORDERED THAT:

(1) The motions are granted.

(2) The revised official caption is reflected above.